UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 30 2008

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| In re: | No. 06-80011 |
|---|---|
| MARTIN RESENDEZ GUAJARDO, ADMITTED TO THE BAR OF THE NINTH CIRCUIT: January 12, 1983, | ORDER |
| Respondent, | |

Before: B. FLETCHER, McKEOWN, and IKUTA, Circuit Judges

The Court has received and reviewed respondent's motion for reconsideration and his alternate petition for panel rehearing of the November 1, 2007 order adopting the July 2, 2007 Report and Recommendation in part. We decline to distribute to other courts and agencies Guajardo's responses to the orders to show cause and his objection to the report and recommendation. Nothing in this order precludes Guajardo from submitting those documents, subject to the rules and regulations of the other entities.

The motion for reconsideration and petition for panel rehearing are denied.

O:\AppComm\AttyDisc\2006\06-80011Gu\panelreconordlwpd

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
FEB 06 2008
by:_____
Deputy Clerk

## US Court of Appeals for the Ninth Circuit
## Case Summary

```
Court of Appeals Docket #: 06-80011                           Filed: 1/31/06
Nsuit:    0
In re Guajardo v.
Appeal from: Northern District of California (San Francisco)

Lower court information:
    District: 0971-3 :
    Date Filed: **/**/**
```

| Date | Entry |
|---|---|
| 11/15/07 | Filed Martin Resendez Guajardo's motion to reconsider order of the Court entitled "Petition for Panel Rehearing"; no service date, dated 11/15/07. (AP.COMM) [06-80011], (lee) [06-80011] |
| 11/15/07 | Filed Martin Resendez Guajardo's motion for reconsideration of the 11/1/07 order of the Court; no service date. dated 11/15/07. (AP.COMM) [06-80011] (lee) [06-80011] |
| 11/26/07 | Received letter request from EOIR dated 20 November 2007 requesting certified copy of the letter of resignation, the transcript of the 6/26/07 hearing and the R&R. (Ap.Com.) [06-80011] (dl) [06-80011] |
| 11/28/07 | Received Martin Resendez Guajardo's declaration re: compliance. (APP COMM)  [06-80011] (lee) [06-80011] |
| 12/5/07 | Received letter request from the State Bar of California dated December 3, 2007 requesting certified copy of the Motion for Reconsideration filed November 15, 2007. (App.Com.)  [06-80011] (dl) [06-80011] |
| 12/21/07 | Received letter dated 20 December 2007 from EOIR requesting certifed copy of Order Filed 11/1/07.  In addition to copy of Order Filed  8/19/96 and the Supplemental Report and Recommendatin of 7/26/99.  [06-80011] (dl) [06-80011] |
| 1/30/08 | Filed order ( Betty B. FLETCHER, M. M. McKEOWN, Sandra S. IKUTA): [6350977-1] The Court has received and reviewed respondent's motion for reconsideration and his alternate petition for panel rehearing of the November 1, 2007 order adopting the July 2, 2007 Report and Recommendation in part. We decline to distribute to other courts and agencies Guajardo's responses to the orders to show cause and his objection to the report and recommendation. Nothing in this order precludes Guajardo from submitting those documents, subject to the rules and regulations of the other entities. The motion for reconsideration and petition for panel rehearing are denied.  [06-80011] (dl) [06-80011] |
| 2/6/08 | Received State Bar of California's letter dated February 4, 2008 requesting copies of files involving M. Guajardo, Esq. (Ap.Com.)  [06-80011] (dl) [06-80011] |

| PACER Service Center |||
|---|---|---|
| Transaction Receipt |||
| 02/07/2008 16:53:51 |||
| PACER Login: | us5194 | Client Code: |
| Description: | dkt summary | Case Number: 06-80011 |
| Billable Pages: | 1 | Cost: 0.08 |

# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF CALIFORNIA*

Victoria Minor, Clerk

☐ REPLY TO:
Office of the Clerk
501 I Street #4-200
Sacramento, CA 95814

☐ REPLY TO:
Divisional Office
2500 Tulare St. #1-500
Fresno, California 93721

## CLERK'S NOTICE

To: CAND-San Francisco
450 Golden Gate Avenue
16th Floor #1111
San Francisco, Ca 94102

Case No. _____

Case Name: _____

RE: Pleadings and/or Correspondence received on_____:

---

[ ] **CASE NUMBER:** The case number could not be identified for the attached filing could not be identified. You must write your case number on all documents submitted to the court.

[ ] **FILING FEE:** The filing fee of $350.00 was not received ($5.00 for habeas petitions), nor was an application to proceed In Forma Pauperis. Enclosed is an Application to Proceed In Forma Pauperis along with your original documents. Please resubmit your documents with the completed application or filing fee.

[ ] **COPYWORK:** The Clerk's Office does not provide copies of documents to parties. The court will provide copies of the docket sheet at $0.50 per page. Checks in the exact amount are made payable to "Clerk, USDC." Please Note: In Forma Pauperis status does not include the cost of copies. Copies of documents may be obtained from Attorney's Diversified Services (ADS):
   In Sacramento: 1424 21st Street, Sacramento, CA 95814. Their phone number is 916-441-4396.
   In Fresno: 741 N. Fulton Street, Fresno, CA 93728. Phone: 800-842-2695, Fax: 559-486-4419 or Voice Mail 559-233-1475

[ ] **NAME SEARCHES:** The Office of the Clerk requires a $26.00 charge, per name, to perform a records/name search. This fee must be paid in advance by check or money order to "Clerk, USDC." The search covers 1976 to present and includes civil, criminal, miscellaneous, and magistrate cases.

[ ] **CONFORMED COPIES:** The Court requires the original plus one copy of most pleadings. See Local Rule 5-134(b). If you wish to have a conformed copy returned to you, you must file an original plus two copies and provide the court with a self-addressed stamped envelope with the correct postage.

[ ] **INCORRECT VENUE:**
   ☐ Your case is assigned/transferred to the Fresno Division of the Court (see above address). You must file your documents directly with the Fresno Divisional Office.
   ☐ Your Case is assigned/transferred to the Sacramento Division of the Court (see above address). You must file your documents directly with the Sacramento Division

[ ] **CENTRAL VIOLATIONS BUREAU:** Please be advised that the court does not accept checks for fine payments that are processed by the Central Violations Bureau (C.B.). Please forward your fine payments, including the violation number to:
   U.S. COURTS - C.B. (SA)
   P.O. Box 740026
   Atlanta, GA 30374-0026

[ ] **CASE STATUS INQUIRES:** The Court will notify you as soon as any action is taken in your case. Due to the large number of civil actions pending before the court, THE CLERK IS UNABLE TO RESPOND IN WRITING TO INDIVIDUAL INQUIRIES REGARDING THE STATUS OF YOUR CASE. As long as you keep the court apprised of your current address, you will receive all court decisions which might affect the status of your case. If you have not submitted a document required in your case, the court will notify you.

[ ]   **DISCOVERY DOCUMENTS:** Pursuant to Local Rule 33-250 (c), Interrogatories, responses and proofs of service shall not be filed with the clerk of court until there is a proceeding in which the interrogatories, responses, or proofs of service are AT ISSUE.

[ ]   **LOCAL RULES:** Copies of the Local Rule can be obtain at the Clerk's Office. To order the Local Rules by mail, you must submit a written request along with a self-addressed stamped envelope with $4.60 postage. For incarcerated litigants, a complete copy of the Local Rules should be available at the prison library.

[ ]   **LEGAL ADVISE:** The court can not give legal advise.

[ ]   **EVIDENCE SUBMITTED:** The court cannot serve as a repository for the parties' evidence. The parties may not file evidence with the court until the course of litigation brings the evidence into question.

[ ]   **CHECKS SUBMITTED TO THE COURT:** We are returning your check or money order for the following reason:
  ☐   We have no record of your case. Please return the funds with the appropriate case number, new complaint or petition.
  ☐   Your check or money order is not complete. Please return the check made payable to "Clerk, USDC" and the appropriate and exact amount for the item requested.

[ ]   **REQUESTED FORMS:** Your requested forms are enclosed.

[ ]   **DOCUMENTS NOT SUBMITTED IN ENGLISH:** All documents submitted for filing must be written in English. Documents submitted in a language other than English cannot be translated.

[X]   **OTHER:**

This was sent to the Eastern District of California in error.


Thank you for your future attention to this matter.


_____        _____
Deputy Clerk          Date

revised 8/2/07